# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| KAREN SUE BYRD, | Case No. 1:12-cv-970 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER THAT: (1) THIS MATTER BE REMANDED TO THE ALJ UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g); AND (2) THIS CASE BE CLOSED

This civil action is before the Court on the parties' joint motion for remand. (Doc. 8). The parties request the Court to order remand of this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Fed. R. Civ. P. 58. Accordingly, the parties' joint request for remand (Doc. 8) is **GRANTED**.

On remand, the Appeals Council will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

**IT IS SO ORDERED.**

Date: 6/20/2013

Timothy S. Black
United States District Judge