UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**KAREN SUE BYRD,**        CASE NO.    1:12-cv-970

    Plaintiff,        **Judge Timothy S. Black**

   -vs-

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the matter is **REMANDED** to the ALJ Under the Fourth Sentence of 42 U.S.C. § 405(g); and that the case is **CLOSED** from the docket of the Court.

Date: June 20, 2013        **JOHN P. HEHMAN, CLERK**

       By: _s/ M. Rogers_
       Deputy Clerk